UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARNEST S. HARRIS,<br><br>             Plaintiff,<br><br>     v.<br><br>E. MUNOZ, et al.,<br><br>             Defendants. | Case No. 1:21-cv-01800-SKO (PC)<br><br>**FINDINGS AND RECOMMENDATIONS TO DISMISS CERTAIN CLAIMS AND DEFENDANTS**<br><br>Clerk of the Court to Assign District Judge<br><br>**14-DAY OBJECTION PERIOD** |

Plaintiff Earnest S. Harris is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.

**I.     RELEVANT PROCEDURAL BACKGROUND**

On February 10, 2023, this Court issued its First Screening Order. (Doc. 8.) The Court found Plaintiff's complaint plausibly states the following cognizable claims: (1) Eighth Amendment excessive force against Defendants Munoz and Arreguin; (2) Eighth Amendment deliberate indifference to serious medical needs against Defendant Romero; (3) First Amendment retaliation against Defendants Munoz and Arreguin; and (4) a due process violation for a false rules violation report against Defendant Munoz. (*Id*. at 3-13.) Plaintiff did not state any other cognizable claim against any other named defendant. (*Id*.) Plaintiff was given 21 days to elect one of the following options: (1) file a first amended complaint curing the deficiencies identified in the screening order; (2) notify the Court of his willingness to proceed only on the claims found

cognizable by the Court in the screening order; or (3) file a notice of voluntary dismissal. (*Id*. at 13-14.)

On February 27, 2023, Plaintiff filed notice electing to proceed only on the claims found cognizable by the Court: "excessive force against Defendants Munoz and Arreguin, … deliberate indifferences to serious medical needs against Defendant Romero, retaliation claims against Munoz and Arreguin, and … due process violation of false rules violation report against Defendant Munoz." (*See* Doc. 9.)

## II.     FINDINGS AND RECOMMENDATIONS

Accordingly, the Clerk of the Court is directed to randomly assign a district judge to this action. Further, and for the reasons set forth in the Court's First Screening Order (Doc. 8), the Court **RECOMMENDS** that:

1. Defendant N. Huerta be DISMISSED; and,
2. The claims in Plaintiff's complaint be DISMISSED, *except* for the (1) excessive force claims against Defendants Munoz and Arreguin; (2) a deliberate indifference to serious medical needs claim against Defendant Romero; (3) retaliation claims against Defendants Munoz and Arreguin; and (4) a due process violation for a false rules violation report against Defendant Munoz.

These Findings and Recommendations will be submitted to the United States District Judge assigned to this case, pursuant to 28 U.S.C. § 636(b)(l). Within 14 days of the date of service of these Findings and Recommendations, a party may file written objections with the Court. The document should be captioned, "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may result in waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **March 6, 2023**                    /s/ *Sheila K. Oberto*
                                                              UNITED STATES MAGISTRATE JUDGE