UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARNEST S. HARRIS,<br><br>    Plaintiff,<br><br>  v.<br><br>E. MUNOZ, et al.,<br><br>    Defendants. | Case No. 1:21-cv-01800-JLT-SKO (PC)<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER**<br><br>(Doc. 48) |

Plaintiff Earnest S. Harris is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on the following claims: (1) excessive force against Defendants Munoz and Arreguin; (2) deliberate indifference to serious medical needs against Defendant Romero; (3) retaliation against Defendants Munoz and Arreguin; and (4) a due process violation against Defendant Munoz.

### I.  BACKGROUND

On June 11, 2025, the Court issued its Discovery and Scheduling Order. (Doc. 44.) The order set deadlines for the completion of all discovery by November 11, 2025, and the filing of pre-trial dispositive motions by January 12, 2026. (*Id*. at 1, 3.)

On November 7, 2025, Defendants filed an ex parte request to extend the deadline for the completion of all discovery and to extend the deadline for filing dispositive motions. (Doc. 48.)

## II. DISCUSSION

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, a scheduling order "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). This good cause standard "primarily considers the diligence of the party seeking the amendment." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). The court may modify the scheduling order "if it cannot reasonably be met despite the diligence of the party seeking the extension." *Id*. If the party was not diligent, the inquiry should end. *Id*.

Defendants request the Court extend the deadlines for the completion of all discovery to December 12, 2025, and for the filing of dispositive motions to February 11, 2026. (Doc. 48.) The request is supported by the Declaration of Audra C. Call, counsel for Defendants, setting forth counsel's diligent and repeated efforts to take Plaintiff's deposition and to obtain Plaintiff's responses to Defendants' written discovery requests. (*Id*. at 8-11.)  The Court finds good cause to grant Defendants' request, and will extend the deadline for the completion of all discovery, including motions to compel, and for the filing of dispositive motions.

Plaintiff is reminded of his obligations concerning discovery. Fed. R. Civ. P. 26(b). (*See also* Doc. 5 at 1, 4-5 [First Informational Order in Prisoner/Civil Detainee Civil Rights Case issued 12/22/2021].) Plaintiff is expected to participate in a deposition[1] and to timely respond to written discovery propounded by Defendants. Fed. R. Civ. P. 30, 33, 34.

## III. CONCLUSION AND ORDER

Accordingly, the Court **HEREBY ORDERS**:

1. Defendants' request to modify the Discovery and Scheduling Order (Doc. 48) is **GRANTED**;
2. The deadline for the completion of all discovery, including the filing of motions to compel, is **EXTENDED** from November 11, 2025, **to December 12, 2025**; and
3. The deadline for filing pre-trial dispositive motions is **EXTENDED** from January 12, 2026, **to February 11, 2026.**

---

[1] Plaintiff's deposition is presently set to take place on November 24, 2025, at 10:00 a.m. (*See* Doc. 48 at 5, 10.)

IT IS SO ORDERED.

Dated:     **November 10, 2025**                    /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE