UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARNEST S. HARRIS,<br><br>            Plaintiff,<br><br>       v.<br><br>E. MUNOZ, et al.,<br><br>            Defendants. | Case No. 1:21-cv-01800-JLT-SKO (PC)<br><br>**ORDER LIFTING STAY ON BRIEFING**<br><br>**ORDER DIRECTING PLAINTIFF TO FILE OPPOSITION BY MAY 1, 2026** |

Plaintiff Earnest S. Harris, a former state prisoner, is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on the following claims: (1) excessive force against Defendants Munoz and Arreguin; (2) deliberate indifference to serious medical needs against Defendant Romero; (3) retaliation against Defendants Munoz and Arreguin; and (4) a due process violation against Defendant Munoz.

**I.       RELEVANT BACKGROUND**

Defendants moved to revoke Plaintiff's *in forma pauperis* (IFP) status in December 2025, contending Plaintiff could no longer proceed pursuant to 28 U.S.C. section 1915(b)(1) in this action because he was no longer incarcerated. (Doc. 60.) The Court stayed briefing on the motion pending receipt of a non-prisoner application to proceed IFP by Plaintiff. (Doc. 51.)

On April 7, 2026, Plaintiff filed a completed and signed non-prisoner IFP application. (Doc. 61.)

On April 8, 2026, Defendants filed Defendants' Objection and Opposition to Plaintiff's Application to Proceed In Forma Pauperis and Notice of Motion and Motion to Dismiss. (Doc. 62.) Defendants contend Plaintiff's non-prisoner IFP application contains material misrepresentations and this action should be dismissed in its entirety due to Plaintiff's dishonesty. (*Id.*)

**II.   CONCLUSION AND ORDER**

Considering Defendants' recent filing and the pending motion to revoke IFP status, the Court **HEREBY ORDERS** that:

1.  The stay on briefing is **LIFTED**;

2.  Plaintiff **SHALL** file any opposition(s) to Defendants' motion to revoke IFP status (Doc. 50) and/or to Defendants' objection and motion to dismiss (Doc. 61) **no later than May 1, 2026**;

3.  Defendants **SHALL** file any reply to Plaintiff's response(s) within 14 days; and

4.  Upon receipt of any briefing by Defendants, or the passage of more than 14 days, the Court will consider the motions submitted and issue findings and recommendations in due course.

IT IS SO ORDERED.

Dated:   __**April 10, 2026**__                    ____/s/ *Sheila K. Oberto*_____
                                                        UNITED STATES MAGISTRATE JUDGE