UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EARNEST S. HARRIS,

Plaintiff,

v.

E. MUNOZ, et al.,

Defendants.

Case No. 1:21-cv-01800-JLT-EGC (PC)

**ORDER RESETTING DISPOSITIVE MOTION FILING DEADLINE**

Plaintiff Earnest S. Harris, a former state prisoner, is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

## I. INTRODUCTION

The Court issued a Discovery and Scheduling Order on June 11, 2025. (Doc. 44.) It set deadlines for the filing of an exhaustion motion, to amend pleadings, for the completion of discovery, and for the filing of dispositive motions. (*Id.*)

On November 12, 2025, the Court issued an order modifying the scheduling order to extend the deadline for the completion of discovery to December 12, 2025, and for the filing of dispositive motions to February 11, 2026. (Doc. 49.) Thereafter, on February 9, 2026, the Court granted Defendants' second request to modify the scheduling order, ordering: "The deadline for the filing of pre-trial dispositive motions is **VACATED**. The Court will reset the deadline, if necessary." (Doc. 55.)

## II. CONCLUSION AND ORDER

Following resolution of proceedings concerning Plaintiff's IFP status, and receipt of payment from Plaintiff for the administrative fee for this action, the Court will reset a deadline for the filing of pre-trial dispositive motions. (*See* Doc. 55 at 3.)

Accordingly, the Court **HEREBY ORDERS** that any pre-trial dispositive motions **SHALL be filed no later than September 28, 2026**.

IT IS SO ORDERED.

Dated: **July 30, 2026**

Erin Sey Castillo

UNITED STATES MAGISTRATE JUDGE